UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA S., | ) | CIVIL ACTION NO. 4:22-CV-1098 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI, | ) | |
| Defendant | ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) The final decision of the Commissioner is VACATED.

(2) This case is REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) with a new Administrative Law Judge.

(3) Final judgment will be issued in favor of Sandra S. by separate order.

(4) The Clerk of Court is DIRECTED to CLOSE this case.

Date: October 17, 2023            BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge